**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **CNA Equity Group, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **FDBA  Platinum One Realty and Mortgage** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-1975660** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2303 Camino Ramon, Ste 160** <br> **San Ramon, CA 94583** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Contra Costa** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7.** **Describe debtor's business**

    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

    B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    _____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Case: 23-41294   Doc# 1   Filed: 10/06/23   Entered: 10/06/23 14:39:45   Page 3 of 69

☐ $50,001 - $100,000 ☐ $10,000,001 - $50  million ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000 ☐ $50,000,001 - $100 million ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million ☐ $100,000,001 - $500 million ☐ More than $50 billion

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **10/06/2023**
                      MM / DD / YYYY

**X** */s/ Michael Mulry*
Signature of authorized representative of debtor

**Michael Mulry**
Printed name

Title   **President**

**18. Signature of attorney**

**X** */s/ Chris Kuhner*                                   Date **10/06/2023**
Signature of attorney for debtor                               MM / DD / YYYY

**Chris Kuhner 173291**
Printed name

**Kornfield, Nyberg, Bendes, Kuhner & Little P.C.**
Firm name

**1970 Broadway, Ste 600**
**Oakland, CA 94612**
Number, Street, City, State & ZIP Code

Contact phone   **510-763-1000**          Email address

**173291 CA**
Bar number and State

Debtor name    **CNA Equity Group, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **10/06/2023**     X **/s/ Michael Mulry**
                                               Signature of individual signing on behalf of debtor

                                               **Michael Mulry**
                                               Printed name

                                               **President**
                                               Position or relationship to debtor

| Debtor name | **CNA Equity Group, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **3070 Brook LLC 3527 Mt Diablo Blvd, Lafayette, CA 94549** | | **Notice Purposes, Possible Claims** | **Disputed** | | | $0.00 |
| **3070 Brook LLC 4300 Cereda Lane Fairfield, CA 94534** | | **Notice Purposes, Possible Claims** | **Disputed** | | | $0.00 |
| **3070 Brook LLC 17075 Los Robles Way Los Gatos, CA 95030** | | **Notice Purposes, Possible Claims** | **Disputed** | | | $0.00 |
| **Affinity Management LLC 1145 2nd Street #A Box 334,** | | **Notice Purposes, Possible Claims** | **Disputed** | | | $0.00 |
| **American Express c/o Becket & Lee PO Box 3001 Malvern, PA 19355** | | **Credit card** | | | | $16,531.55 |
| **ARC Capital 100 Stony Point Rd Suite 260 Santa Rosa, CA 95401** | | **Notice Purposes, Possible Claims** | **Disputed** | | | $0.00 |
| **Arch CBT SPE LLC 567 San Nicolas Drive Ste 230 Newport Beach, CA 92660** | | **Notice Purposes, Possible Claims** | **Disputed** | | | $0.00 |
| **Bank of America PO Box 15284 Wilmington, DE 19850** | | **Credit card** | | | | $30,927.91 |

Case: 23-41294    Doc# 1    Filed: 10/06/23    Entered: 10/06/23 14:39:45    Page 7 of 69

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Big Rock LLC - Harden**<br>**411 Summit Ave**<br>**Mill Valley, CA**<br>**94941** | | **Notice Purposes, Possible Claims** | **Disputed** | | | **$0.00** |
| **Bombay Construction**<br>**3760 Tamarack Lane**<br>**Santa Clara, CA**<br>**95051** | | **Notice Purposes, Possible Claims** | **Disputed** | | | **$0.00** |
| **Brook Holdings LLC - Heath**<br>**17075 Los Robles Way**<br>**Los Gatos, CA**<br>**95030** | | **Notice Purposes, Possible Claims** | **Disputed** | | | **$0.00** |
| **Brook Street Holdings LLC**<br>**3527 Mt Diablo Blvd**<br>**Lafayette, CA 94549** | | **Notice Purposes, Possible Claims** | **Disputed** | | | **$0.00** |
| **Brook Street Holdings LLC**<br>**3070 Brook Street**<br>**Oakland, CA 94611** | | **Notice Purposes, Possible Claims** | **Disputed** | | | **$0.00** |
| **Cardelia Daniel**<br>**6551-6553 Crown Blvd**<br>**San Jose, CA 95120** | | **Notice Purposes, Possible Claims** | **Disputed** | | | **$0.00** |
| **Carlos Sosa**<br>**20750 Ventura Blvd Suite 105**<br>**Woodland Hills, CA 91364** | | **Notice Purposes, Possible Claims** | **Disputed** | | | **$0.00** |
| **Citadel Servicing Corp**<br>**25531 Commercentre Dr #160**<br>**Lake Forest, CA 92630** | | **Notice Purposes, Possible Claims** | **Disputed** | | | **$0.00** |
| **Cody Molica**<br>**4360 Stony Point Rd**<br>**Santa Rosa, CA 95407** | | **Notice Purposes, Possible Claims** | **Disputed** | | | **$0.00** |
| **Conventus LLC**<br>**111 Potrero Ave**<br>**San Francisco, CA 95123** | | **Notice Purposes, Possible Claims** | **Disputed** | | | **$0.00** |
| **CSF LLC**<br>**575 Herma Street**<br>**San Jose, CA 95123** | | **Notice Purposes, Possible Claims** | **Disputed** | | | **$0.00** |

| Debtor | **CNA Equity Group, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **U.S. Small Business Administration Office of Processing and Disbursement 14925 Kingsport Rd Fort Worth, TX 76155** | | **Assets of the company** | | **$1,999,900.00** | **$4,700.00** | **$1,995,200.00** |

| Fill in this information to identify the case: |
| --- |

Debtor name **CNA Equity Group, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................... $ **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................ $ **1,661,089.05**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................... $ **1,661,089.05**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ **2,055,507.88**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ **47,459.46**

4.   Total liabilities .................................................................................................
   Lines 2 + 3a + 3b

   | $ **2,102,967.34** |
   | --- |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Case: 23-41294    Doc# 1    Filed: 10/06/23    Entered: 10/06/23 14:39:45    Page 10 of 69

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America | Checking | 6744 | $2,189.05 |
| 3.2. | Bank of America | Savings | 9298 | $185,252.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    | $187,441.05 |
    |---|

**Part 2:     Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

    **Michael Beuselink, PC Retainer**
    7.1.  Paid pursuant to pre-petition indemnity agreement for debtor's                   $24,850.00

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 9. | **Total of Part 2.** | **$24,850.00** |
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

     ■ No.  Go to Part 4.
     ☐ Yes Fill in the information below.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

     ■ No.  Go to Part 5.
     ☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

     ■ No.  Go to Part 6.
     ☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ■ No.  Go to Part 7.
     ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ☐ No.  Go to Part 8.
     ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Misc office furniture | $0.00 | | $2,000.00 |
| 40. | **Office fixtures** Mini refrigerator | $0.00 | | $200.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Phones, fax machine, computers | $0.00 | | $2,500.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.                    | $4,700.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  2021 Range Rover | $0.00 | | $85,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
    floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.                    | $85,000.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** **cnaequitygroup.com** **cnaequity.com** **Value source GoDaddy** | **$0.00** | | **$2,554.00** |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** **Customer list with personally identifiable information** | **$0.00** | | **Unknown** |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| **$2,554.00** |
|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:** **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71.** **Notes receivable** Description (include name of obligor) | |
| **72.** **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| **73.** **Interests in insurance policies or annuities** | |
| **74.** **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

     **Shareholder Loan**                                    $1,356,544.00

78.  **Total of Part 11.**                                   $1,356,544.00

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

| Debtor | **CNA Equity Group, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $187,441.05 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $24,850.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,700.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $85,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,554.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,356,544.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,661,089.05 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,661,089.05 |

Case: 23-41294    Doc# 1    Filed: 10/06/23    Entered: 10/06/23 14:39:45    Page 16 of 69

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☐ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **Land Rover Financial Group** <br> Creditor's Name <br><br> **PO Box 77232** <br> **Phoenix, AZ 85062** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br> **8/8/21** <br> **Last 4 digits of account number** | **Describe debtor's property that is subject to a lien** <br> **2021 Range Rover** <br><br><br> **Describe the lien** <br><br><br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | **$55,607.88** | **$85,000.00** |
| **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **2.2** **U.S. Small Business Administration** <br> Creditor's Name <br> **Office of Processing and Disbursement** <br> **14925 Kingsport Rd** <br> **Fort Worth, TX 76938** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** | **Describe debtor's property that is subject to a lien** <br> **Assets of the company** <br><br><br> **Describe the lien** <br> **UCC Financing Statement** <br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | **$1,999,900.00** | **$4,700.00** |

Debtor    **CNA Equity Group, Inc.**         Case number (*if known*) _____

Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$2,055,507.88** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| | | |

Fill in this information to identify the case:

Debtor name **CNA Equity Group, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**3070 Brook LLC**
**3527 Mt Diablo Blvd,**
**Lafayette, CA 94549**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _Notice Purposes, Possible Claims_

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**3070 Brook LLC**
**4300 Cereda Lane**
**Fairfield, CA 94534**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _Notice Purposes, Possible Claims_

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**3070 Brook LLC**
**17075 Los Robles Way**
**Los Gatos, CA 95030**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _Notice Purposes, Possible Claims_

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Affinity Management LLC**
**1145 2nd Street #A Box 334,**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _Notice Purposes, Possible Claims_

Is the claim subject to offset? ■ No  ☐ Yes

27103

Case: 23-41294   Doc# 1   Filed: 10/06/23   Entered: 10/06/23 14:39:45   Page 19 of 69

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,531.55 |
|-----|------------------------------------------------|--------------------------------------------------------------------|-----------|

**American Express**
**c/o Becket & Lee**
**PO Box 3001**
**Malvern, PA 19355**

Date(s) debt was incurred _

Last 4 digits of account number  **2204**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-----|------------------------------------------------|--------------------------------------------------------------------|---------|

**ARC Capital**
**100 Stony Point Rd Suite 260**
**Santa Rosa, CA 95401**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-----|------------------------------------------------|--------------------------------------------------------------------|---------|

**Arch CBT SPE LLC**
**567 San Nicolas Drive Ste 230**
**Newport Beach, CA 92660**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,927.91 |
|-----|------------------------------------------------|--------------------------------------------------------------------|-----------|

**Bank of America**
**PO Box 15284**
**Wilmington, DE 19850**

Date(s) debt was incurred _

Last 4 digits of account number  **3244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-----|------------------------------------------------|--------------------------------------------------------------------|---------|

**Big Rock LLC - Harden**
**411 Summit Ave**
**Mill Valley, CA 94941**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice Purposes, Possible Claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|------------------------------------------------|--------------------------------------------------------------------|---------|

**Bombay Construction**
**3760 Tamarack Lane**
**Santa Clara, CA 95051**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|------------------------------------------------|--------------------------------------------------------------------|-------|

**Brandi Jones**
**c/o David Lyng Real Estate**
**1041 41st Ave**
**Santa Cruz, CA 95062**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notcie Purposes**

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-41294   Doc# 1   Filed: 10/06/23   Entered: 10/06/23 14:39:45   Page 20 of 69

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Brook Holdings LLC - Heath**
**17075 Los Robles Way**
**Los Gatos, CA 95030**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Brook Street Holdings LLC**
**3527 Mt Diablo Blvd**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Brook Street Holdings LLC**
**3070 Brook Street**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cardelia Daniel**
**6551-6553 Crown Blvd**
**San Jose, CA 95120**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Carlos Sosa**
**20750 Ventura Blvd Suite 105**
**Woodland Hills, CA 91364**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Citadel Servicing Corp**
**25531 Commercentre Dr #160**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cody Molica**
**4360 Stony Point Rd**
**Santa Rosa, CA 95407**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 23-41294   Doc# 1   Filed: 10/06/23   Entered: 10/06/23 14:39:45   Page 21 of 69

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Conventus LLC**
**111 Potrero Ave**
**San Francisco, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Notice Purposes, Possible Claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**CSF LLC**
**575 Herma Street**
**San Jose, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Notice Purposes, Possible Claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**CSF LLC/Roumel Bet-varda**
**1431 Tramway Place**
**Turlock, CA 95380**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Notice Purposes, Possible Claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**CSF LLC/Roumel Bet-varda**
**219 W Canal Drive**
**Turlock, CA 95380**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Notice Purposes, Possible Claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Dany Avi-David**
**160 Graystone Terrace Apt 5**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Notice Purposes, Possible Claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Darryl Wills and Ann Wills**
**1424 Magazine Street**
**Vallejo, CA 94591**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Notice Purposes, Possible Claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**David Coury**
**PO Box 278**
**Corte Madera, CA 94976-0278**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Notice Purposes, Possible Claims**

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|---|---|---|

**Daysi Romero**
**77 Benton Ave**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Purposes, Possible Claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|---|---|---|

**Donald Pipkins**
**457 Andover Street**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Purposes, Possible Claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|---|---|---|

**Donald Schwartz**
**7960-B Soquel Drive #291**
**Aptos, CA 95003**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Purposes, Possible Claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|---|---|---|

**DPPM Inc dba Zephyr Real Estate**
**215 West Portal Ave**
**San Francisco, CA 94127**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Purposes, Possible Claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|---|---|---|

**Edward Egan Smith**
**235 Pine Street 15th Floor**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Purposes, Possible Claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|---|---|---|

**Edwin Heath**
**17075 Los Robles Way**
**Los Gatos, CA 95030**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Purposes, Possible Claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|---|---|---|

**Eleanor Carpiaux**
**2518 Buena Vista Way**
**Berkeley, CA 94708**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Purposes, Possible Claims**

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Emilian Elefteratos**
**15555 On Orbit Dr**
**Saratoga, CA 95070**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Equity Wave Lending Inc**
**2355 Main Street #230**
**Irvine, CA 92614**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ethal Mae Marshall**
**420 South 22nd Street**
**Richmond, CA 94804**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Evergreen Advantage LLC**
**1424 4th Street, Ste 220A**
**Santa Monica, CA 90401**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Exhibit D C/O Superior Loan Servicing**
**380 Beach Rd Ste B**
**Burlingame, CA 94010**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gary Hoffman**
**882 Cherry Way**
**Hayward, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gerard Renk and Kathryn Renk**
**156 Hilldale Dr**
**San Anselmo, CA 94960**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 23-41294    Doc# 1    Filed: 10/06/23    Entered: 10/06/23 14:39:45    Page 24 of 69

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.40**   **Nonpriority creditor's name and mailing address**
**Glen J Oetman, Trustee of the Glen J Oet**
**4000 Executie Parkway #160**
**Sab Ramon, CA 94584**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.41**   **Nonpriority creditor's name and mailing address**
**Gwendolyn Brown**
**1666 Palou Ave**
**San Francisco, CA 94124**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.42**   **Nonpriority creditor's name and mailing address**
**Home Sweet home Realty and Funding**
**-Ruch**
**1619 Laguna St**
**San Francisco, CA 94115**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.43**   **Nonpriority creditor's name and mailing address**
**Hugo Tejada**
**150 Colusa Ct.**
**San Bruno, CA 94066**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.44**   **Nonpriority creditor's name and mailing address**
**Institutional Vendor Management Inc**
**264 Sheridan Rd**
**Oakland, CA 94618**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.45**   **Nonpriority creditor's name and mailing address**
**Ioana Tavila**
**2117 Carion Ct, #202**
**Pittsburg, CA 94565-4066**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.46**   **Nonpriority creditor's name and mailing address**
**James Grant**
**4 Willowmere Rd**
**Danville, CA 94526**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------|--------|--------|

**Jason Neel**
**144 Palo Verde Terrace, Bldg 1**
**Santa Cruz, CA 95060**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes, Possible Claims**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------|--------|--------|

**Jeffrey Lowenthal**
**235 Pine Street 15th Floor**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes, Possible Claims**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------|--------|--------|

**Jennifer Nushwat**
**571-573 Fell St.**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes, Possible Claims**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------|--------|--------|

**Jesus Vigil**
**818 N Harrison St**
**Stockton, CA 95203**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes, Possible Claims**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------|--------|--------|

**John Gregory Downing**
**2021 The Alameda Suite 200**
**San Jose, CA 95216**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes, Possible Claims**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------|--------|--------|

**John Pagan**
**20750 Ventura Blvd Suite 105**
**Woodland Hills, CA 91364**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes, Possible Claims**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------|--------|--------|

**Julian Karl Bach**
**7911 Warner Ave**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Purposes, Possible Claims**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kidscost2much LLC**
**1424 Magazine Street**
**Vallejo, CA 94591**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Purposes, Possible Claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kidscost2much LLC**
**2541 66th Ave**
**Oakland, CA 94605**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Purposes, Possible Claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kristi Wells**
**17151 Newhope Street Suite 203**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Purposes, Possible Claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Larhonda O'Guinn**
**13700 San Pablo Ave #2213**
**San Pablo, CA 94806**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Purposes, Possible Claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Liberty Uy**
**19307 Stanton Ave**
**Castro Valley, CA 94546**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Purposes, Possible Claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Mark Kliem**
**1201 Eastwood St.**
**Vallejo, CA 94591**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Purposes, Possible Claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Martha Simon**
**100 Pine Street Suite 1250**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Purposes, Possible Claims**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-41294   Doc# 1   Filed: 10/06/23   Entered: 10/06/23 14:39:45   Page 27 of 69

Name

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**3.61** | Nonpriority creditor's name and mailing address

**Martin Ponce**
**158 Poinsettia Way**
**Bay Point, CA 94565**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          Unknown
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Notice Purposes, Possible Claims**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address

**Matthew Delbridge**
**235 Pine Street 15th Floor**
**San Francisco, CA 94104**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          Unknown
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Notice Purposes, Possible Claims**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address

**Meli Brown**
**53 Minerva St**
**San Francisco, CA 94112**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          Unknown
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Notice Purposes, Possible Claims**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address

**Michael Harden**
**250 Purvine Rd**
**Petaluma, CA 94952**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          Unknown
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Notice Purposes, Possible Claims**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address

**Michael Mak**
**1450 Wallace Ave.**
**San Francisco, CA 94124**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          Unknown
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Notice Purposes, Possible Claims**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address

**Michael W. Harden**
**2614 Buchanan St #1**
**San Francisco, CA 94115**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          Unknown
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Notice Purposes, Possible Claims**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address

**Milestone Financial**
**4970 El Camino Real Suite 230**
**Los Altos, CA 94022**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          Unknown
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Notice Purposes, Possible Claims**

Is the claim subject to offset? ■ No ☐ Yes

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.68** **Nonpriority creditor's name and mailing address**
**N. Maxwell Njelita**
**1415 Oakland Blvd Suite 219**
**Walnut Creek, CA 94546**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.69** **Nonpriority creditor's name and mailing address**
**Niven and Smith**
**505 Sansome St #450**
**San Francisco, CA 94111**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.70** **Nonpriority creditor's name and mailing address**
**NPI Debt Fund I, LP**
**567 San Nicolas Drive Ste 230**
**Newport Beach, CA 92660**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.71** **Nonpriority creditor's name and mailing address**
**Pamela Simmons**
**2425 Porter Street Suite 10**
**Soquel, CA 95073**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.72** **Nonpriority creditor's name and mailing address**
**Patricia Boring**
**1028 Evelyn Ave**
**Berkeley, CA 94706**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.73** **Nonpriority creditor's name and mailing address**
**Patrick Carpiaux, Trustee of the Carpiau**
**2235 Manchester Rd**
**San Leandro, CA 94578**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.74** **Nonpriority creditor's name and mailing address**
**Prosperina G Sichon, Trustee to Prosperi**
**36 Norton Street**
**San Francisco, CA 94112**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

Case: 23-41294   Doc# 1   Filed: 10/06/23   Entered: 10/06/23 14:39:45   Page 29 of 69

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Prospero Dito**
6401 Fairmont Ave
El Cerrito, CA 94530

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Ravinder Singh Bhullar and Amy Dayann Bh**
2450 Homestead Circle
San Pablo, CA 94806

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Robert R. Duncan Trust**
882 52nd St.
Oakland, CA 94608

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**RUSHMYFILE INC**
380 Beach Rd Ste B
Burlingame, CA 94040

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Russell Uy**
19307 Stanton Ave
Castro Valley, CA 94546

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Samson and Susan Lai**
225 Marvin Ave
Los Altos, CA 94022

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Samuel C Bellicini**
3001 Bridgeway #331
Sausalito, CA 94565

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Shawn O. Modarresi**
**25231 La Rena Lane**
**Los Altos, CA 94022**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.83 |

**Nonpriority creditor's name and mailing address**
**Sonoma Hills Farm LLC**
**334 Purvine Rd.**
**Petaluma, CA 94952**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.84 |

**Nonpriority creditor's name and mailing address**
**Stephen George Debrunner**
**560 South El Monte Ave**
**Los Altos, CA 94022**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.85 |

**Nonpriority creditor's name and mailing address**
**Superior Assets LLC/Abel Martin**
**1830 Brookside Dr**
**San Pablo, CA 94806**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.86 |

**Nonpriority creditor's name and mailing address**
**Superior Assets LLC/Abel Martin**
**2870 Vine Hill Rd**
**Oakley, CA 94561**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.87 |

**Nonpriority creditor's name and mailing address**
**Tatiana Doubnova**
**2346 35th Avenue**
**San Francisco, CA 94116-2243**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.88 |

**Nonpriority creditor's name and mailing address**
**The Western Surety Company**
**101 S Reid Street Suite 300**
**Sioux Falls, SD 57103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Notice Purposes, Possible Claims**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 23-41294   Doc# 1   Filed: 10/06/23   Entered: 10/06/23 14:39:45   Page 31 of 69

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|--------|--------|--------|

**3.89** **Nonpriority creditor's name and mailing address**
**Thornton Davidson**
**1195 W Shaw Ave Suite A**
**Fresno, CA 93711**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice Purposes, Possible Claims**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.90** **Nonpriority creditor's name and mailing address**
**Union Home Loan Inc**
**23586 Calabasas Rd Unit 203**
**Calabasas, CA 91302**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice Purposes, Possible Claims**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.91** **Nonpriority creditor's name and mailing address**
**William Purdy**
**2425 Porter Street Suite 10**
**Soquel, CA 95073**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice Purposes, Possible Claims**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.92** **Nonpriority creditor's name and mailing address**
**Wood Street Plaza LLC**
**2649 Russell Street**
**Berkeley, CA 94705**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice Purposes, Possible Claims**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.93** **Nonpriority creditor's name and mailing address**
**Wood Street Plaza LLC**
**266 Bay Shore Blvd**
**San Francisco, CA 94124**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice Purposes, Possible Claims**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.94** **Nonpriority creditor's name and mailing address**
**Yeva, Inc.**
**dba Saxe Mortgage Company**
**950 John Daly Blvd, Ste 200**
**Daly City, CA 94015**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice Purposes, Possible Claims**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.95** **Nonpriority creditor's name and mailing address**
**Yosemite Capital LLC**
**225 Marvin Ave**
**Los Altos, CA 94022**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice Purposes, Possible Claims**

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | CNA Equity Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Yosemite Capital LLC C/O Superior Loan S
24013 Ventura Blvd Ste 200
Calabasas, CA 91302

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Purposes, Possible Claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bank of America**<br>PO Box 660441<br>Dallas, TX 75266-0441 | Line **3.8**<br><br>☐ Not listed. Explain ___ | _ |
| 4.2 | **Cody Molica**<br>1029 North Road, #175<br>Westfield, MA 01085 | Line **3.18**<br><br>☐ Not listed. Explain ___ | _ |
| 4.3 | **Donald Schwartz**<br>c/o Samuel Bellicini<br>3001 Bridgeway, #331<br>Sausalito, CA 94965 | Line **3.28**<br><br>☐ Not listed. Explain ___ | _ |
| 4.4 | **Jason Neel**<br>c/o Thornton Davidson<br>1195 W. Shaw Ave, Ste A<br>Fresno, CA 93711 | Line **3.47**<br><br>☐ Not listed. Explain ___ | _ |
| 4.5 | **Jason Neel**<br>c/o Law Office of Simmons & Purdy<br>2425 Porter Street, Ste 10<br>Soquel, CA 95073 | Line **3.47**<br><br>☐ Not listed. Explain ___ | _ |
| 4.6 | **Martha Simon**<br>Law Offices of Martha Simon<br>100 Pine St, Ste 1250<br>San Francisco, CA 94111 | Line **3.94**<br><br>☐ Not listed. Explain ___ | _ |
| 4.7 | **Michael Mak**<br>c/o Edward Higginbotham<br>855 Bryant Street, 2nd Floor<br>San Francisco, CA 94103 | Line **3.65**<br><br>☐ Not listed. Explain ___ | _ |
| 4.8 | **N. Maxwell Njelita**<br>Njelita Law Offices<br>1415 Oakland Blvd, Ste 219<br>Walnut Creek, CA 94596 | Line **3.58**<br><br>☐ Not listed. Explain ___ | _ |
| 4.9 | **Patricia Boring**<br>c/o John Downing<br>2021 The Alameda, Ste 200<br>San Jose, CA 95126 | Line **3.72**<br><br>☐ Not listed. Explain ___ | _ |

Case: 23-41294   Doc# 1   Filed: 10/06/23   Entered: 10/06/23 14:39:45   Page 33 of 69

| Debtor | CNA Equity Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.10 | **The Western Surety Company**<br>**Carlos Sosa**<br>**John Pagan**<br>**20750 Ventura Blvd, Ste 105**<br>**Woodland Hills, CA 91364-6646** | Line _3.88_<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Yvonne Jorgensen**<br>**Van De Poel, Levy, et all, LLP**<br>**1600 South Main Street Suite 325**<br>**Walnut Creek, CA 94596** | Line _3.10_<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 47,459.46 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 47,459.46 |

Debtor name **CNA Equity Group, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Ricoh Copier, Printer, Scaner Lease expires 8/2024** | |
| State the term remaining | |
| List the contract number of any government contract | **C.I.T. First Citizens Bank 10201 Centurion Pkwy, Ste 100 Jacksonville, FL 32255** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Lease for 2303 Camino Ramon, Ste 160 Contract expires 9/30/24** | |
| State the term remaining | |
| List the contract number of any government contract | **Clancy Investment Company c/o Sunset Devemopment 2600 Camino Ramon, Ste 201 San Ramon, CA 94583** |

**Fill in this information to identify the case:**

Debtor name **CNA Equity Group, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Asset Default Management, Inc.** | **c/o Kristi Marie Wells P.O. Box 743 Yorba Linda, CA 92885-0743** | **Jason Neel** | ☐ D _____ ■ E/F __3.47__ ☐ G _____ |
| 2.2 | **Bombay Construction** | **3760 Tamarack Lane Santa Clara, CA 95051** | **Liberty Uy** | ☐ D _____ ■ E/F __3.58__ ☐ G _____ |
| 2.3 | **Gene Kristul** | **950 John Daly Blvd, Ste 200 Daly City, CA 94015** | **Patricia Boring** | ☐ D _____ ■ E/F __3.72__ ☐ G _____ |
| 2.4 | **Kongara Jalandhar** | **3760 Tamarack Lane Santa Clara, CA 95051** | **Liberty Uy** | ☐ D _____ ■ E/F __3.58__ ☐ G _____ |
| 2.5 | **Marylou Antonio** | **aka Marial Antonio** | **Liberty Uy** | ☐ D _____ ■ E/F __3.58__ ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 **Marylou Antonio** | aka Marial Antonio | **Michael Mak** | ☐ D _____<br>■ E/F __3.65__<br>☐ G _____ |
| 2.7 **Michael Mulry** | 2303 Camino Ramon, Ste 160<br>San Ramon, CA 94583 | **Land Rover Financial Group** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 **Michael Mulry** | 2303 Camino Ramon, Ste 160<br>San Ramon, CA 94583 | **Liberty Uy** | ☐ D _____<br>■ E/F __3.58__<br>☐ G _____ |
| 2.9 **Michael Mulry** | 2303 Camino Ramon, Ste 160<br>San Ramon, CA 94583 | **U.S. Small Business Administration** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 **Patricia Boring** | 1028 Evelyn Ave<br>Berkeley, CA 94706 | **Michael Mak** | ☐ D _____<br>■ E/F __3.65__<br>☐ G _____ |
| 2.11 **Rushmyfile** | c/o Mark Joseph Sarni<br>3424 W. Carson St, Ste 350<br>Torrance, CA 90503-5716 | **Jason Neel** | ☐ D _____<br>■ E/F __3.47__<br>☐ G _____ |
| 2.12 **Superior Loan Servicing** | 380 Beach Rd Ste B<br>Burlingame, CA 94010 | **Jason Neel** | ☐ D _____<br>■ E/F __3.47__<br>☐ G _____ |

Case: 23-41294   Doc# 1   Filed: 10/06/23   Entered: 10/06/23 14:39:45   Page 37 of 69

███ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.13 **The Estate of Derek Wheat** | aka Samuel Wheat, aka Derek Jones<br>25 Peach Drive<br>Roslyn, NY 11576 | **Patricia Boring** | ☐ D _____<br>■ E/F  **3.72**<br>☐ G _____ |
| 2.14 **The Estate of Derek Wheat** | aka Samuel Wheat, aka Derek Jones<br>25 Peach Drive<br>Roslyn, NY 11576 | **Michael Mak** | ☐ D _____<br>■ E/F  **3.65**<br>☐ G _____ |
| 2.15 **The Western Surety Company** | 101 S Reid Street Suite 300<br>Sioux Falls, SD 57103 | **Liberty Uy** | ☐ D _____<br>■ E/F  **3.58**<br>☐ G _____ |
| 2.16 **United States Real Estate Corporation** | c/o Edward Egan Smith<br>Steyer Lowenthal et al<br>235 Pine Street, 15th Floor<br>San Francisco, CA 94104 | **Jason Neel** | ☐ D _____<br>■ E/F  **3.47**<br>☐ G _____ |
| 2.17 **Vigil Real Estate** | | **Jason Neel** | ☐ D _____<br>■ E/F  **3.47**<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name     **CNA Equity Group, Inc.**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ☑ Operating a business<br>☐ Other | **$236,123.69** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ☑ Operating a business<br>☐ Other | **$605,462.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ☑ Operating a business<br>☐ Other | **$2,109,979.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

Case: 23-41294     Doc# 1     Filed: 10/06/23     Entered: 10/06/23 14:39:45     Page 39 of 69

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **American Express** **c/o Becket & Lee** **PO Box 3001** **Malvern, PA 19355** | **Between 7/1/23 to 10-5-23** | $11,920.92 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **credit card** |
| 3.2. **Boris Smolgovsky** **1171 Blue Spur Circle** **Danville, CA 94506** | **Between 7/18 and9/30/23** | $32,120.16 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Independent Contractor** |
| 3.3. **Michael Beuselinck** **490 43rd St, #37** **Oakland, CA 94609** | **8/24/23** | $12,436.51 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Legal Services** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Michael Mulry** **2303 Camino Ramon, Ste 160** **San Ramon, CA 94583** **President** | **5/30/23, 6/29/23, 7/3/23** | $2,700.00 | **Automobile** |
| 4.2. **Michael Mulry** **2303 Camino Ramon, Ste 160** **San Ramon, CA 94583** **President** | **10/3/2022 to 9/26/2023** | $222,992.00 | **Distribution of loan** |
| 4.3. **Michael Mulry** **2303 Camino Ramon, Ste 160** **San Ramon, CA 94583** **President** | **1/1/23 to 8/3/23** | $12,080.00 | **Wages from payroll** |
| 4.4. **Leslie Mulry** **2303 Camino Ramon, Ste 160** **San Ramon, CA 94583** **Shareholder** | **2022** | $11,336.06 | **Wages** |
| 4.5. **Michael Mulry** **2303 Camino Ramon, Ste 160** **San Ramon, CA 94583** **President** | **11/9/2022 to 9/6/23** | $77,974.73 | **Payments on behalf of principal as compensation or loan** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at

a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
|  |  |  |  |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Franchise Tax Board Bankruptcy Section MS A340 P.O. Box 2952 Sacramento, CA 95827-2952** | **Funds from Bank of America Savings account** <br> Last 4 digits of account number:  __9298__ | 6/8/2023 | $10,487.46 |

---

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Patricia A. Boring, vs. Yeva, Inc, dba Saxe Mortgage Co, Gene Kristul, CNA Equity Group, the Estate of Derek Wheat, aka Samuel Wheat, aka Derek Jones 22-04029** | **Quiet Title, Damages, Injunction and Declartory Judgment** | **United States Bankruptcy Court Northern District of CA 1300 Clay Street Oakland, CA 94612** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Jason Neel vs. Superior Loan Servicing; Asset Default Management, Inc.; United States Real Esate Corporation; CNA Equities Group, LLC; Rushmyfile and Vigil Real Estate 22CV01758** | **Complaint** | **Superior Court County of Santa Cruz** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Michael Mak vs. Derek Wheat, Samuel Wheat, Patricia Boring, Marial Antonio, CNA Equity Group, Inc. CGC-21-595459** | **Complaint for Damages** | **Superiro Court County of San Francisco** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Liberty Uy vs. Kongara Jalandhar; Bombay Constructions; The Western Surety Company; Michael Daniel Mulry; CNA Equity Group, Inc.; Marylou Antonio aka Marial Antonio 21CV001212** | **Complaint fo Restitution; Injuctive Relief and Damages** | **Alameda County Superior Court 1225 Fallon Street Oakland, CA 94612** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

Case: 23-41294    Doc# 1    Filed: 10/06/23    Entered: 10/06/23 14:39:45    Page 41 of 69

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kornfield, Nyberg, Bendes, Kuhner & Litt**<br>**1970 Broadway, Ste 600**<br>**Oakland, CA 94612** | **Retainer for attorneys fees and court filing fee of $1,738.00** | **8/25/2023** | **$50,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Kornfield, Nyberg, Bendes, Kuhner & Litt**<br>**1970 Broadway, Ste 600**<br>**Oakland, CA 94612** | **Attorney Fees and costs for representation of the Debtor pre-petition in Boring vs. CNA Equity Group, Inc.** | **5/31/22 to 5/5/2023** | **$14,187.02** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case
    to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within
    2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include
    both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2410 Camino Ramon, ste 324 San Ramon, CA 94583** | **March 2011 to October 2021** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

    <u>Social security numbers and other personal financial information</u>

    Does the debtor have a privacy policy about that information?
    ☐ No
    ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

Case: 23-41294   Doc# 1   Filed: 10/06/23   Entered: 10/06/23 14:39:45   Page 43 of 69

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Extra Space Storage**<br>**300 Deerwood Rd**<br>**San Ramon, CA 94583** | **Mike Mulry** | **Old files** | ☐ No<br>■ Yes |

| **Part 11:** | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

| **Part 12:** | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

Case: 23-41294   Doc# 1   Filed: 10/06/23   Entered: 10/06/23 14:39:45   Page 44 of 69

■ No.

☐ Yes. Provide details below.

| Case title | Court or agency name and | Nature of the case | Status of case |
| Case number | address | | |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Myers and Ohira** <br> **333 E. Serene Ave, Ste 200** <br> **Henderson, NV** | **3/2015 to 11/2022** |
| 26a.2. **Jason Crenshaw** <br> **100 Oceangate, Ste 1200** <br> **Long Beach, CA 90802** | **11/2022 to present** |
| 26a.3. **Nicolas Cone** <br> **47 Matisse Ct** <br> **Pleasant Hill, CA** | **9/1/2020 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Jason Crenshaw**<br>**100 Oceangate, Ste 1200**<br>**Long Beach, CA 90802** | |
| 26c.2.    **Nicolas Cone**<br>**47 Matisse Ct**<br>**Pleasant Hill, CA** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Integrity Mortgage Licensing**<br>**2973 Harbor Blvd, Ste 575**<br>**Costa Mesa, CA 92626** |
| 26d.2.    **ARC Home LLC**<br>**3001 Leadenhall Rd, Ste 301**<br>**Mount Laurel, NJ 08054** |
| 26d.3.    **CMG Financial**<br>**3160 Crow Canyon Rd, Ste 400**<br>**San Ramon, CA 94583** |
| 26d.4.    **Mega Capital Funding**<br>**5000 Parkway, Ste 100**<br>**Calabasas, CA 91302** |
| 26d.5.    **PCF Wholesale**<br>**17852 E. 17th St, Ste 107**<br>**Tustin, CA 92780** |
| 26d.6.    **Finance of America**<br>**1390 Willow Pass Rd, Ste 350**<br>**Concord, CA 94520** |
| 26d.7.    **ResiCentral**<br>**1215 W. Rio Salado Pkwy, Ste 107**<br>**Tempe, AZ 85281** |
| 26d.8.    **Logan Finance**<br>**1393 Veterans Memorial Highway, Ste 308N**<br>**Hauppauge, NY 11788** |
| 26d.9.    **United Wholesale Mortgage**<br>**585 South Blvd E**<br>**Pontiac, MI 48341** |
| 26d.10.   **Rocket Mortgage**<br>**1050 Woodward Ave**<br>**Detroit, MI 48226** |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Michael Mulry | 2303 Camino Ramon, Ste 160 San Ramon, CA 94583 | President | 100 |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Leslie Mulry | 2303 Camino Ramon, Ste 160 San Ramon, CA 94583 | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1. | **Michael Mulry** 2303 Camino Ramon, Ste 160 San Ramon, CA 94583 | **$2700** | **May, June and July 2023** | **Automobile** |
| | **Relationship to debtor** **President** | | | |
| 30.2. | **Michael Mulry** 2303 Camino Ramon, Ste 160 San Ramon, CA 94583 | **$222,992.00** | **10/3/22 to 9/26/23** | **Distribution of loan** |
| | **Relationship to debtor** **President** | | | |
| 30.3. | **Michael Mulry** 2303 Camino Ramon, Ste 160 San Ramon, CA 94583 | **$12,080.00** | **1/1/23 to 8/3/23** | **Wages from payroll** |
| | **Relationship to debtor** **President** | | | |
| 30.4. | **Leslie Mulry** 2303 Camino Ramon, Ste 160 San Ramon, CA 94583 | **$11,336.06** | **2022** | **Wages from payroll** |
| | **Relationship to debtor** **Shareholder** | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5. | **Michael Mulry** **2303 Camino Ramon, Ste 160** **San Ramon, CA 94583** | **$77,974.73** | **11/9/2022 to 9/6/2023** | **Payments on behalf of principal as compensation or loan** |
| | **Relationship to debtor** **President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **10/06/2023**

**/s/ Michael Mulry**                                        **Michael Mulry**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Northern District of California

In re    **CNA Equity Group, Inc.**                  Case No. _____

                                             Debtor(s)         Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **10/06/2023** _____        Signature    **/s/ Michael Mulry** _____

                                                                  **Michael Mulry**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                    Case No.
    **CNA Equity Group, Inc.**

_____ Debtor(s). _____ /

<u>**CREDITOR MATRIX COVER SHEET**</u>

     I declare that the attached Creditor Mailing Matrix, consisting of __16__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **10/06/2023**

                       **/s/ Chris Kuhner**
                       _____
                       Signature of Debtor's Attorney or Pro Per Debtor

Chris Kuhner
Kornfield, Nyberg, Bendes, Kuhner & Little P.C.
1970 Broadway, Ste 600
Oakland, CA 94612


CNA Equity Group, Inc.
2303 Camino Ramon, Ste 160
San Ramon, CA 94583


3070 Brook LLC
3527 Mt Diablo Blvd,
Lafayette, CA 94549


3070 Brook LLC
4300 Cereda Lane
Fairfield, CA 94534


3070 Brook LLC
17075 Los Robles Way
Los Gatos, CA 95030


Affinity Management LLC
1145 2nd Street #A Box 334,


American Express
c/o Becket & Lee
PO Box 3001
Malvern, PA 19355


ARC Capital
100 Stony Point Rd Suite 260
Santa Rosa, CA 95401

Arch CBT SPE LLC
567 San Nicolas Drive Ste 230
Newport Beach, CA 92660


Asset Default Management, Inc.
c/o Kristi Marie Wells
P.O. Box 743
Yorba Linda, CA 92885-0743


Bank of America
PO Box 15284
Wilmington, DE 19850


Bank of America
PO Box 660441
Dallas, TX 75266-0441


Big Rock LLC - Harden
411 Summit Ave
Mill Valley, CA 94941


Bombay Construction
3760 Tamarack Lane
Santa Clara, CA 95051


Brandi Jones
c/o David Lyng Real Estate
1041 41st Ave
Santa Cruz, CA 95062


Brook Holdings LLC - Heath
17075 Los Robles Way
Los Gatos, CA 95030

Brook Street Holdings LLC
3527 Mt Diablo Blvd
Lafayette, CA 94549


Brook Street Holdings LLC
3070 Brook Street
Oakland, CA 94611


C.I.T.
First Citizens Bank
10201 Centurion Pkwy, Ste 100
Jacksonville, FL 32255


Cardelia Daniel
6551-6553 Crown Blvd
San Jose, CA 95120


Carlos Sosa
20750 Ventura Blvd Suite 105
Woodland Hills, CA 91364


Citadel Servicing Corp
25531 Commercentre Dr #160
Lake Forest, CA 92630


Clancy Investment Company
c/o Sunset Devemopment
2600 Camino Ramon, Ste 201
San Ramon, CA 94583


Cody Molica
4360 Stony Point Rd
Santa Rosa, CA 95407

Cody Molica
1029 North Road, #175
Westfield, MA 01085


Conventus LLC
111 Potrero Ave
San Francisco, CA 95123


CSF LLC
575 Herma Street
San Jose, CA 95123


CSF LLC/Roumel Bet-varda
1431 Tramway Place
Turlock, CA 95380


CSF LLC/Roumel Bet-varda
219 W Canal Drive
Turlock, CA 95380


Dany Avi-David
160 Graystone Terrace Apt 5
San Francisco, CA 94114


Darryl Wills and Ann Wills
1424 Magazine Street
Vallejo, CA 94591


David Coury
PO Box 278
Corte Madera, CA 94976-0278

Daysi Romero
77 Benton Ave
San Francisco, CA 94112


Donald Pipkins
457 Andover Street
San Francisco, CA 94110


Donald Schwartz
7960-B Soquel Drive #291
Aptos, CA 95003


Donald Schwartz
c/o Samuel Bellicini
3001 Bridgeway, #331
Sausalito, CA 94965


DPPM Inc dba Zephyr Real Estate
215 West Portal Ave
San Francisco, CA 94127


Edward Egan Smith
235 Pine Street 15th Floor
San Francisco, CA 94104


Edwin Heath
17075 Los Robles Way
Los Gatos, CA 95030


Eleanor Carpiaux
2518 Buena Vista Way
Berkeley, CA 94708

Emilian Elefteratos
15555 On Orbit Dr
Saratoga, CA 95070


Equity Wave Lending Inc
2355 Main Street #230
Irvine, CA 92614


Ethal Mae Marshall
420 South 22nd Street
Richmond, CA 94804


Evergreen Advantage LLC
1424 4th Street, Ste 220A
Santa Monica, CA 90401


Exhibit D C/O Superior Loan Servicing
380 Beach Rd Ste B
Burlingame, CA 94010


Gary Hoffman
882 Cherry Way
Hayward, CA 94541


Gene Kristul
950 John Daly Blvd, Ste 200
Daly City, CA 94015


Gerard Renk and Kathryn Renk
156 Hilldale Dr
San Anselmo, CA 94960

Glen J Oetman, Trustee of the Glen J Oet
4000 Execuite Parkway #160
Sab Ramon, CA 94584


Gwendolyn Brown
1666 Palou Ave
San Francisco, CA 94124


Home Sweet home Realty and Funding -Ruch
1619 Laguna St
San Francisco, CA 94115


Hugo Tejada
150 Colusa Ct.
San Bruno, CA 94066


Institutional Vendor Management Inc
264 Sheridan Rd
Oakland, CA 94618


Ioana Tavila
2117 Carion Ct, #202
Pittsburg, CA 94565-4066


James Grant
4 Willowmere Rd
Danville, CA 94526


Jason Neel
144 Palo Verde Terrace, Bldg 1
Santa Cruz, CA 95060

Jason Neel
c/o Thornton Davidson
1195 W. Shaw Ave, Ste A
Fresno, CA 93711


Jason Neel
c/o Law Office of Simmons & Purdy
2425 Porter Street, Ste 10
Soquel, CA 95073


Jeffrey Lowenthal
235 Pine Street 15th Floor
San Francisco, CA 94104


Jennifer Nushwat
571-573 Fell St.
San Francisco, CA 94102


Jesus Vigil
818 N Harrison St
Stockton, CA 95203


John Gregory Downing
2021 The Alameda Suite 200
San Jose, CA 95216


John Pagan
20750 Ventura Blvd Suite 105
Woodland Hills, CA 91364


Julian Karl Bach
7911 Warner Ave
Huntington Beach, CA 92647

Kidscost2much LLC
1424 Magazine Street
Vallejo, CA 94591


Kidscost2much LLC
2541 66th Ave
Oakland, CA 94605


Kongara Jalandhar
3760 Tamarack Lane
Santa Clara, CA 95051


Kristi Wells
17151 Newhope Street Suite 203
Fountain Valley, CA 92708


Land Rover Financial Group
PO Box 77232
Phoenix, AZ 85062


Larhonda O'Guinn
13700 San Pablo Ave #2213
San Pablo, CA 94806


Liberty Uy
19307 Stanton Ave
Castro Valley, CA 94546


Mark Kliem
1201 Eastwood St.
Vallejo, CA 94591

```
Martha Simon
100 Pine Street Suite 1250
San Francisco, CA 94111


Martha Simon
Law Offices of Martha Simon
100 Pine St, Ste 1250
San Francisco, CA 94111


Martin Ponce
158 Poinsettia Way
Bay Point, CA 94565


Marylou Antonio
aka Marial Antonio


Matthew Delbridge
235 Pine Street 15th Floor
San Francisco, CA 94104


Meli Brown
53 Minerva St
San Francisco, CA 94112


Michael Harden
250 Purvine Rd
Petaluma, CA 94952


Michael Mak
1450 Wallace Ave.
San Francisco, CA 94124
```

Michael Mak
c/o Edward Higginbotham
855 Bryant Street, 2nd Floor
San Francisco, CA 94103


Michael Mulry
2303 Camino Ramon, Ste 160
San Ramon, CA 94583


Michael W. Harden
2614 Buchanan St #1
San Francisco, CA 94115


Milestone Financial
4970 El Camino Real Suite 230
Los Altos, CA 94022


N. Maxwell Njelita
1415 Oakland Blvd Suite 219
Walnut Creek, CA 94546


N. Maxwell Njelita
Njelita Law Offices
1415 Oakland Blvd, Ste 219
Walnut Creek, CA 94596


Niven and Smith
505 Sansome St #450
San Francisco, CA 94111


NPI Debt Fund I, LP
567 San Nicolas Drive Ste 230
Newport Beach, CA 92660

Pamela Simmons
2425 Porter Street Suite 10
Soquel, CA 95073


Patricia Boring
1028 Evelyn Ave
Berkeley, CA 94706


Patricia Boring
c/o John Downing
2021 The Alameda, Ste 200
San Jose, CA 95126


Patrick Carpiaux, Trustee of the Carpiau
2235 Manchester Rd
San Leandro, CA 94578


Prosperina G Sichon, Trustee to Prosperi
36 Norton Street
San Francisco, CA 94112


Prospero Dito
6401 Fairmont Ave
El Cerrito, CA 94530


Ravinder Singh Bhullar and Amy Dayann Bh
2450 Homestead Circle
San Pablo, CA 94806


Robert R. Duncan Trust
882 52nd St.
Oakland, CA 94608

Rushmyfile
c/o Mark Joseph Sarni
3424 W. Carson St, Ste 350
Torrance, CA 90503-5716


RUSHMYFILE INC
380 Beach Rd Ste B
Burlingame, CA 94040


Russell Uy
19307 Stanton Ave
Castro Valley, CA 94546


Samson and Susan Lai
225 Marvin Ave
Los Altos, CA 94022


Samuel C Bellicini
3001 Bridgeway #331
Sausalito, CA 94565


Shawn O. Modarresi
25231 La Rena Lane
Los Altos, CA 94022


Sonoma Hills Farm LLC
334 Purvine Rd.
Petaluma, CA 94952


Stephen George Debrunner
560 South El Monte Ave
Los Altos, CA 94022

Superior Assets LLC/Abel Martin
1830 Brookside Dr
San Pablo, CA 94806


Superior Assets LLC/Abel Martin
2870 Vine Hill Rd
Oakley, CA 94561


Superior Loan Servicing
380 Beach Rd Ste B
Burlingame, CA 94010


Tatiana Doubnova
2346 35th Avenue
San Francisco, CA 94116-2243


The Estate of Derek Wheat
aka Samuel Wheat, aka Derek Jones
25 Peach Drive
Roslyn, NY 11576


The Western Surety Company
101 S Reid Street Suite 300
Sioux Falls, SD 57103


The Western Surety Company
Carlos Sosa
John Pagan
20750 Ventura Blvd, Ste 105
Woodland Hills, CA 91364-6646


Thornton Davidson
1195 W Shaw Ave Suite A
Fresno, CA 93711

```
U.S. Small Business Administration
Office of Processing and Disbursement
14925 Kingsport Rd
Fort Worth, TX 76155


Union Home Loan Inc
23586 Calabasas Rd Unit 203
Calabasas, CA 91302


United States Real Estate Corporation
c/o Edward Egan Smith
Steyer Lowenthal et al
235 Pine Street, 15th Floor
San Francisco, CA 94104


Vigil Real Estate


William Purdy
2425 Porter Street Suite 10
Soquel, CA 95073


Wood Street Plaza LLC
2649 Russell Street
Berkeley, CA 94705


Wood Street Plaza LLC
266 Bay Shore Blvd
San Francisco, CA 94124


Yeva, Inc.
dba Saxe Mortgage Company
950 John Daly Blvd, Ste 200
Daly City, CA 94015
```

```
Yosemite Capital LLC
225 Marvin Ave
Los Altos, CA 94022


Yosemite Capital LLC C/O Superior Loan S
24013 Ventura Blvd Ste 200
Calabasas, CA 91302


Yvonne Jorgensen
Van De Poel, Levy, et all, LLP
1600 South Main Street Suite 325
Walnut Creek, CA 94596
```

# United States Bankruptcy Court
## Northern District of California

In re    **CNA Equity Group, Inc.** _____    Case No. _____

                                        Debtor(s)    Chapter    **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **CNA Equity Group, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**10/06/2023** _____
Date

**/s/ Chris Kuhner** _____
**Chris Kuhner 173291**
Signature of Attorney or Litigant
Counsel for    **CNA Equity Group, Inc.** _____
**Kornfield, Nyberg, Bendes, Kuhner & Little P.C.**
**1970 Broadway, Ste 600**
**Oakland, CA 94612**
**510-763-1000 Fax:510-273-8669**

**United States Bankruptcy Court**
**Northern District of California**

In re    **CNA Equity Group, Inc.**                       Case No. _____

                                       Debtor(s)            Chapter    **11**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Michael Mulry**, declare under penalty of perjury that I am the **President** of **CNA Equity Group, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **6th** day of **October**, 20**23** .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Michael Mulry, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Michael Mulry, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Michael Mulry, President** of this Corporation is authorized and directed to employ **Chris Kuhner 173291**, attorney and the law firm of **Kornfield, Nyberg, Bendes, Kuhner & Little P.C.** to represent the corporation in such bankruptcy case."

Date   **10/06/2023** _____        Signed   **/s/ Michael Mulry** _____

                                                        **Michael Mulry**

Resolution of Board of Directors
of
**CNA Equity Group, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Michael Mulry, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Michael Mulry, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Michael Mulry, President** of this Corporation is authorized and directed to employ **Chris Kuhner 173291**, attorney and the law firm of **Kornfield, Nyberg, Bendes, Kuhner & Little P.C.** to represent the corporation in such bankruptcy case.

Date   **10/06/2023**        Signed   _____
                                                         **/s/ Michael Mulry**

Date   **10/06/2023**        Signed   _____