**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | | |
|---|---|---|
| In Re: | CNA Equity Group, Inc. | Case No.: 23–41294 WJL 11 |
| | fdba Platinum One Realty and Mortgage | Chapter: 11 |
| | Debtor(s) | |

# NOTICE OF DEFECTIVE CM/ECF PROOF OF CLAIM FILED ELECTRONICALLY

Claim Number 1–2 filed electronically in this case on 03/11/2024 by Saxe Mortgage Company is defective for the reason(s) marked below:

☐ Claim PDF illegible

☒ Wrong PDF Attached

☐ Creditor Name Listed in PDF Does Not Match Creditor selected on Claims Register

☐ Claim Docketed on Wrong Case

☐ Other

This notice is provided as a courtesy only and does not constitute a ruling by the bankruptcy court.

Dated: 3/11/24

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court