# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: admin | Date Created: 3/11/2024 |
| Case: 23–41294 | Form ID: DCLM | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
15555063   Saxe Mortgage Company   Law Office of Martha J. Simon   100 Pine St. Suite 1250   San Francisco CA 94111 ,

  TOTAL: 1