CHRIS D. KUHNER, ESQ. (Bar No. 173291)
**KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: c.kuhner@kornfieldlaw.com

Attorneys for Debtor-In-Possession

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

CNA Equity Group, Inc.

Debtor.

Case No. 23-41294 WJL

Chapter 11

**DECLARATION OF MICHAEL MULRY RE BUDGET**

I, Michael Mulry, declare under penalty of perjury as follows:

1. I know the following of my own personal knowledge and could and would testify competently thereto if called upon to do so.

2. Attached hereto is a copy of a 3-month budget setting forth the expenses of the Debtor to be paid from its cash collateral, to the extent applicable.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 19th day of April, 2024 at Danville, California.

Michael Mulry

Declaration of Michael Mulry -1-

| Period | Payee | Amount | Category | Date | Notes |
|---|---|---|---|---|---|
| 4/28/24-5/4/24 | Lenderhomepage | $109.95 | Dues and Subscriptions | 4/28/2024 | |
| | Anthem Blue Cross | $3,181.13 | Health Insurance | 4/28/2024 | |
| | bntouch | $99.00 | Dues and Subscriptions | 4/30/2024 | |
| | Nick Cone (Book-Keeping) | $1,500.00 | Consulting | 4/30/2024 | |
| | Michael Mulry | $16,500.00 | Payroll | 5/1/2024 | |
| | Mass Mutual | $260.17 | Insurance | 5/1/2024 | |
| | Mass Mutual | $508.95 | Insurance | 5/1/2024 | |
| | Range Rover | $1,677.44 | Automobile | 5/1/2024 | |
| | FocusIT | $164.00 | Dues and Subscriptions | 5/2/2024 | |
| | Advantage Credit | $388.00 | Loan Costs | 5/2/2024 | based on previous bill |
| | Ylopo | $500.00 | Advertising | 5/3/2024 | |
| | Rent | $1,465.70 | Rent | 5/3/2024 | |
| 5/5/24-5/11/24 | Range Rover | $1,677.44 | Automobile | 5/7/2024 | |
| | First Citizens Bank (Copier) | $258.87 | Office Expenses | 5/7/2024 | |
| | SBA Loan Repayment | $9,922.00 | Business Loan | 5/8/2024 | |
| | Calyx | $198.00 | Dues and Subscriptions | 5/10/2024 | |
| | Paychex | $62.95 | Payroll | 5/10/2024 | |
| | Paychex | $207.61 | Payroll | 5/10/2024 | |
| 5/12/24-5/18/24 | Quickbooks | $90.00 | Dues and Subscriptions | 5/15/2024 | |
| | T-Mobile | $357.92 | Telephone | 5/15/2024 | based on previous bill |
| | Axos Bank (Account Fee) | $16.54 | Bank Charges | 5/15/2024 | |
| 5/19/24-5/25/24 | Comcast-Location 1 | $694.00 | Telephone | 5/23/2024 | based on previous bill |
| | Comcast-Location 2 | $283.46 | Telephone | 5/23/2024 | based on previous bill |
| | Extra Space | $394.00 | Office Expenses | 5/24/2024 | |
| | AT&T | $269.88 | Telephone | 5/24/2024 | based on previous bill |
| | Leadpops | $247.00 | Dues and Subscriptions | 5/24/2024 | |
| | **$40,924.06** | | | | |

*Contract Loan Officer Boris Smolgovsky (NMLS Lic #238115) is subject to monthly commision payments on a 1099 basis based on monthly loan volume production. Calculated amount of commission is estimated at 1.19% of loan amount funded. Total Company Revenue is 1.25% of loan amount funded

| Period | Payee | Amount | Category | Date | Notes |
|---|---|---|---|---|---|
| 5/26/24-6/1/24 | Farmers Insurance | $563.57 | Insurance | 5/27/2024 | |
| | Anthem Blue Cross | $3,181.13 | Health Insurance | 5/29/2024 | |
| | bntouch | $99.00 | Dues and Subscriptions | 5/29/2024 | |
| | Lenderhomepage | $109.95 | Dues and Subscriptions | 5/29/2024 | |
| | Nick Cone (Book-Keeping) | $1,500.00 | Consulting | 5/29/2024 | |
| | Michael Mulry | $16,500 | Payroll | 6/1/2024 | |
| | FocusIT | $164.00 | Dues and Subscriptions | 6/1/2024 | |
| | Mass Mutual | $260.17 | Health Insurance | 6/1/2024 | |
| 6/2/24-6/8/24 | Mass Mutual | $508.95 | Health Insurance | 6/2/2024 | |
| | Advantage | $539.50 | Loan Costs | 6/2/2024 | based on previous bill |
| | Ylopo | $500.00 | Advertising | 6/3/2024 | |
| | Boris Smolgovsky | $1,465.70 | Rent | 6/4/2024 | |
| | Range Rover | $1,677.44 | Automobile | 6/7/2024 | |
| | SBA Loan Repayment | $9,922.00 | Business Loan | 6/8/2024 | |
| 6/9/24-6/15/24 | First Citizens Bank (Copier) | $258.87 | Office Expenses | 6/10/2024 | |
| | Calyx | $198.00 | Dues and Subscriptions | 6/10/2024 | |
| | Paychex | $62.95 | Payroll | 6/10/2024 | |
| | Paychex | $207.61 | Payroll | 6/12/2024 | |
| | Quickbooks | $90.00 | Dues and Subscriptions | 6/15/2024 | |
| | T-Mobile | $357.92 | Telephone | 6/15/2024 | based on previous bill |
| | Axos Bank (Account Fee) | $16.54 | Bank Charges | 6/15/2024 | |
| 6/16/24-6/22/24 | Integrity Mortgage Licensing | $200.00 | Licensing | 6/20/2024 | |
| | Comcast-Location-1 | $694.00 | Telephone | 6/22/2024 | based on previous bill |
| | Comcast-Location-2 | $400.00 | Telephone | 6/22/2024 | based on previous bill |
| 6/23/24-6/29/24 | Extra Space | $394.00 | Office Expenses | 6/24/2024 | |
| | AT&T | $269.00 | Telephone | 6/24/2024 | based on previous bill |
| | LeadPops | $247.00 | Dues and Subscriptions | 6/24/2024 | |
| | Farmers Insurance | $563.57 | Insurance | 6/27/2024 | |
| | Anthem Blue Cross | $3,181.13 | Health Insurance | 6/29/2024 | |
| | bntouch | $99.00 | Dues and Subscriptions | 6/29/2024 | |
| | Lenderhomepage | $109.95 | Dues and Subscriptions | 6/29/2024 | |
| | CRES | $1,998.01 | Insurance | 6/29/2024 | billed 3 times per year. Based on previous payment |
| | Nick Cone (Book-Keeping) | $1,500.00 | Consulting | 6/29/2024 | |
| | **$47,838.96** | | | | |

*Contract Loan Officer Boris Smolgovsky (NMLS Lic #238115) is subject to monthly commision payments on a 1099 basis based on monthly loan volume production. Calculated amount of commission is estimated at 1.19% of loan amount funded. Total Company Revenue is 1.25% of loan amount funded

| Period | Payee | Amount | Category | Date | Notes |
|---|---|---|---|---|---|
| 6/30/24-7/6/24 | Michael Mulry | $16,500.00 | Payroll | 7/1/2024 | |
| | FocusIT | $164.00 | Dues and Subscriptions | 7/1/2024 | |
| | Mass Mutual | $260.17 | Health Insurance | 7/1/2024 | |
| | Mass Mutual | $508.95 | Health Insurance | 7/2/2024 | |
| | Advantage | $539.50 | Loan Costs | 7/2/2024 | based on previous months payment |
| | Ylopo | $500.00 | Advertising | 7/3/2024 | |
| | Boris Smolgovsky | $1,465.70 | Rent | 7/4/2024 | |
| 7/7/24-7/13/24 | Range Rover | $1,677.44 | Automobile | 7/7/2024 | |
| | SBA Loan Repayment | $9,922.00 | Business Loan | 7/8/2024 | |
| | First Citizens Bank (Copier) | $258.87 | Office Expenses | 7/10/2024 | |

| Week | Vendor | Amount | Category | Date | Notes |
|---|---|---|---|---|---|
| | Calyx | $198.00 | Dues and Subscriptions | 7/10/2024 | |
| | Paychex | $62.95 | Payroll | 7/10/2024 | |
| | Paychex | $207.61 | Payroll | 7/12/2024 | |
| 7/14/24-7/20/24 | Quickbooks | $90.00 | Dues and Subscriptions | 7/15/2024 | |
| | T-Mobile | $357.92 | Telephone | 7/15/2024 | based on previous months payment |
| | Docusign | $172.00 | Dues and Subscriptions | 7/15/2024 | billed yearly. Based on previous payment |
| | Axos Bank (Account Fee) | $16.54 | Bank Charges | 7/15/2024 | |
| 7/21/24-7/27/24 | Comcast-Location-1 | $694.00 | Telephone | 7/23/2024 | based on previous months payment |
| | Comcast-Location-2 | $283.46 | Telephone | 7/23/2024 | based on previous months payment |
| | Extra Space | $394.00 | Office Expenses | 7/24/2024 | |
| | AT&T | $269.88 | Telephone | 7/24/2024 | based on previous months payment |
| | LeadPops | $247.00 | Dues and Subscriptions | 7/24/2024 | |
| | Contra Costa Association of Realtors | $920.00 | Dues and Subscriptions | 7/25/2024 | billed every 6 months. Based on previous payment |
| | Farmers Insurance | $563.57 | Insurance | 7/27/2024 | |
| 7/28/24-8/3/24 | Anthem Blue Cross | $3,181.13 | Health Insurance | 7/29/2024 | |
| | bntouch | $99.00 | Dues and Subscriptions | 7/29/2024 | |
| | Lenderhomepage | $109.95 | Dues and Subscriptions | 7/29/2024 | |
| | Nick Cone (Book-Keeping) | $1,500.00 | Consulting | 7/29/2024 | |
| | Michael Mulry | $16,500.00 | Payroll | 8/1/2024 | |
| | FocusIT | $164.00 | Dues and Subscriptions | 8/1/2024 | |
| | Mass Mutual | $260.17 | Health Insurance | 8/1/2024 | |
| | Mass Mutual | $508.95 | Health Insurance | 8/2/2024 | |
| | Advantage | $539.50 | Loan Costs | 8/2/2024 | based on previous months payment |
| | | **$59,136.26** | | | |

*Contract Loan Officer Boris Smolgovsky (NMLS Lic #238115) is subject to monthly commision payments on a 1099 basis based on monthly loan volume production. Calculated amount of commission is estimated at 1.19% of loan amount funded. Total Company Revenue is 1.25% of loan amount funded