MARTHA J. SIMON (CBN 98251)
LAW OFFICE OF MARTHA J. SIMON
100 Pine Street - Suite 1250
San Francisco, California 94111
(415) 434.1888 Telephone
(415) 434.1880 Facsimile
mjs@mjsimonlaw.com

Attorney for Creditor
Yeva, Inc. dba
Saxe Mortgage Company

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>CNA EQUITY GROUP, INC.<br><br>Debtor | Case No. 23-41294 WJL<br>Chapter 11<br><br>SAXE MORTGAGE COMPANY'S<br>LIMITED OBJECTION TO DEBTOR'S<br>PLAN OF REORGANIZATION |

Yeva, Inc. dba Saxe Mortgage Company ("Saxe") hereby files its limited objection to the Plan of Reorganization for Business Under Sub Chapter 5 of Chapter 11 filed by CNA Equity Group, Inc. ("Debtor").

1. *Debtor's Plan fails to disclose its obligation to indemnify Saxe pursuant to the terms of the Broker Agreement entered into between Saxe and CNA.* Saxe is a private money lender which funds mortgage loans. On occasion, CNA originated loans for funding by Saxe. As the broker, CNA provided necessary documentation, facts, information, and other assistance as required relating to the loan origination. The Broker Agreement provides that:

> "i. The Broker [CNA] shall indemnify and hold harmless Saxe from any and all loss, injury, damage, and/or liability resulting or claimed to have resulted by any person, from
>     (i)    any breach of the Broker covenants, representation or warranties under this Agreement, or

In re CNA Equity Group, Inc.                                Chapter 11 · Case No. 23-41294 WJL
Saxe Mortgage Company's Limited Objection to Plan of Reorganization

Case: 23-41294   Doc# 68   Filed: 04/30/24   Entered: 04/30/24 21:05:22   Page 1 of 3

1

(ii) otherwise arising from or relating to any acts or omissions, whether willful negligent or otherwise of Broker, its employees or agents, or

(iii) the borrower for whom the Broker is acting as agent in connection with any loan to be originated by Broker hereunder….

Although Debtor's Plan refers to the indemnity agreement with its Principal Michael Mulry, the Plan makes no mention of its obligation to indemnify Saxe, which could lead to a significant financial obligation for the Debtor. This information is crucial for creditors to determine whether to vote to accept or reject the Plan.

2. *Debtor does not sufficiently identify potential and known claimants.* Debtor represents that "in the past few years, two (2) borrowers alleged to be the victims of a fraud scheme perpetrated by a now deceased individual…have sued the Debtor". The borrowers have not been, and should be, specifically identified.

a. Adversary Proceeding #22-04029 was heard in this Court. The then Chapter 13 Debtor Patricia Boring had sued Saxe and CNA. On March 20, 2023, this Court granted Saxe's Motion for Summary Judgment as to all of Boring's claims for relief. Among other issues, the Court found that a mortgage broker, not a lender has a fiduciary duty to the borrower. Saxe is informed and believes that that case is still pending. The Plan does not adequately disclose the status of this litigation.

b. Another case, not specifically identified in the Plan is *Jose Rene Barbosa and Daysi O. Romero v. Yeva, Inc. dba Saxe Mortgage Company, CNA Equity Group, Inc., et al.*, Case No. 23-610638. Saxe has moved this court to remove the case currently pending in the Superior Court of the State of California, County of San Francsico, to the within Chapter 11 case. A Status Conference is set to be heard in this Court on May 29, 2024. Both Saxe and the Debtor are named defendants in the Complaint "For Conspiracy, and Mail Fraud in Financing Real Estate

2

In re CNA Equity Group, Inc.                               Chapter 11 Case No. 23-41294 WJL
Saxe Mortgage Company's Limited Objection to Plan of Reorganization

Case: 23-41294    Doc# 68    Filed: 04/30/24    Entered: 04/30/24 21:05:22    Page 2 of 3

Transaction". The Debtor should clearly identify the status of this case in the Plan to provide creditors with sufficient information on whether to vote to approve the Plan. This is particularly significant in view of the Debtor's obligation to indemnify Saxe for any losses that it might incur.

In view of the foregoing, Yeva, Inc., dba Saxe Mortgage Company submits its limited objection to Debtor's Plan of Reorganization.

                                                            LAW OFFICE OF MARTHA J. SIMON

Dated: April 30, 2024                      */s/ Martha J. Simon*
                                                   Martha J. Simon
                                                   Attorney for Creditor Yeva, Inc. dba
                                                   Saxe Mortgage Company

3

In re CNA Equity Group, Inc.                                       Chapter 11 Case No. 23-41294 WJL
Saxe Mortgage Company's Limited Objection to Plan of Reorganization

Case: 23-41294    Doc# 68    Filed: 04/30/24    Entered: 04/30/24 21:05:22    Page 3 of 3