Gina R. Klump
Subchapter V Trustee
11 5th Street, Suite 102
Petaluma, CA 94952
Telephone: (707) 778-0111
Email: gklump@klumplaw.net

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re : | ) Case No.: 23-41294 WJL |
| | ) Chapter 11 – Subchapter V |
| | ) |
| CNA EQUITY GROUP, INC., | ) **NOTICE OF HEARING ON FIRST APPLICATION** |
| | ) **FOR ALLOWANCE AND PAYMENT OF COMPENSATION** |
| | ) **OF GINA R. KLUMP, SUBCHAPTER V TRUSTEE** |
| | ) |
| | ) **DATE:   July 24, 2024** |
| Debtor. | ) **TIME:   10:30 am** |
| | ) **Court:  1300 Clay Street, Crt. 220** |
| _____ | )        **Oakland, CA  94612** |

    NOTICE IS HEREBY GIVEN that on July 24, 2024, at 10:30 am, or as soon thereafter as the matter can be heard, before the Honorable William J. Lafferty, United States Bankruptcy Judge, at 1300 Clay Street, Crt. 220, Oakland, CA 94612 a hearing will take place for the Court to consider the First Application for Allowance and Payment of Compensation requested by Gina R. Klump ("Applicant"), Subchapter V Trustee.

    PLEASE TAKE FURTHER NOTICE that Applicant is seeking approval of fees in the amount of $10,912.50 in fees and $119.20 in expenses for a total amount of $11,031.70.

    **PLEASE TAKE FURTHER NOTICE that the hearing will be held in person but parties may attend by Zoom Webinar/Teleconference, additional information is available on Judge Lafferty's page on the Bankruptcy Court's website, and information regarding how to arrange an appearance via Zoom Webinar/AT&T Telephone will be included with each calendar posted under Judge Lafferty's Calendar on the court's website or you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.**

Interested parties are referred to the fee application which is on file with the Clerk of the Court for particulars. Any party wishing to object to the compensation being sought shall file and serve a written objection with the Court at least seven (7) days prior to the hearing date and appear at the time and place of the hearing.

Respectfully submitted,

Dated: July 3, 2024        /s/ Gina R. Klump
                           Gina R. Klump
                           Subchapter V Trustee